| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **John David Dennis IV** | | Social Security number or ITIN | xxx–xx–1865 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | Date case filed for chapter 13 | **December 8, 2016** |
| Case number: | 16–33490 | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John David Dennis IV | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 316 Worthington Circle<br>Tallassee, AL 36078 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104 | Contact phone 334–269–4440<br>Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney [Acting]<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: December 9, 2016 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 26, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: March 27, 2017** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 26, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <u>Claims can be filed electronically through the court's website at:</u> www.almb.uscourts.gov/electronic–proof–claim.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **February 27, 2017**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                    United States Bankruptcy Court
                                     Middle District of Alabama
In re:                                                                                  Case No. 16-33490-DHW
John David Dennis, IV                                                                   Chapter 13
                  Debtor                      CERTIFICATE OF NOTICE
District/off: 1127-2               User: admin                  Page 1 of 2                   Date Rcvd: Dec 09, 2016
                                   Form ID: 309I                Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
```
db             +John David Dennis, IV,    316 Worthington Circle,    Tallassee, AL 36078-3702
3669021        +1st Franklin Financial,    415 Gilmer Ave,    Tallassee, AL 36078-1213
3669024        +CAPTIAL CHYRLSER,    PO BOX 660335,    Dallas, TX 75266-0335
3669025        +CHRYSLER CAPITAL,    P.O. BOX 961272,    Fort Worth, TX 76161-0272
3669027         COMMUNITY HOSPITAL,    805 FRIENDSHIP ROAD,    Tallassee, AL 36078-1225
3669028        +COVINGTON CREDIT,    543 N. EASTERN BLVD,    Montgomery, AL 36117-2213
3669029        +Covington Credit,    1609 W. Montgomery Rd,    Tuskegee, AL 36088-2216
3669031       ++++DIXIE CRAFT EMPLOYESS,    20984 AL HIGHWAY 9,    GOODWATER AL  35072-6620
               (address filed with court: DIXIE CRAFT EMPLOYESS,      1537 S MAIN STREET,    Goodwater, AL 35072)
3669032        +ELMORE COUNTY SMALL CLAIMS COURT,     8935 US HWY 231,    Wetumpka, AL 36092-8339
3669033        +EMGERI,   301 S MEMORAIL DR,    Prattville, AL 36067-3625
3669018         EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
3669020         EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
3669034        +FRIENDLY HOME RENTALS,    99 GILMER AVE,    Tallassee, AL 36078-1205
3669036        +MID ATLANTIC PA,    C/O AMERICAN COLLECTIONS ENTERPRISES,      6094-D FRANCONIA ROAD,
                 Alexandria, VA 22310-4433
3669037        +MONEY NOW,   1203 GILMER AVE,    Tallassee, AL 36078-1023
3669038        +OPP LOANS,    130 E RANDOLPH ST,    SUITE 1650,    Chicago, IL 60601-6241
3669043        +TITLE CASH,    904 A GILMER AVE,    Tallassee, AL 36078-1126
3669019         TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
3669044        +TRICO FINANCIAL,    PO BOX 781301,    Tallassee, AL 36078-0013
3669045        +TRUSTMARK,   15 KOWLIGA RD,    Eclectic, AL 36024-5613
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jmilam@smclegal.com Dec 09 2016 20:52:18      Joshua C. Milam,
                 Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104
tr              E-mail/Text: trustees_office@ch13mdal.com Dec 09 2016 20:53:25      Sabrina L. McKinney [Acting],
                 P.O. Box 173,    Montgomery, AL 36101-0173
3669023        +EDI: CREDPROT.COM Dec 09 2016 20:43:00      BRIGHTHOUSE NETWORKS,    C/O CREDIT PROTECTION,
                 13355 NOEL RD, 21ST FLOOR,    Dallas, TX 75240-6602
3669041         EDI: AISTMBL.COM Dec 09 2016 20:43:00      T Mobile,    PO Box 660252,    Dallas, TX 75266
3669042         EDI: AISTMBL.COM Dec 09 2016 20:43:00      T-MOBILE,    BANKRUPTCY TEAM,    PO BOX 53410,
                 Bellevue, WA 98015
3669026        +EDI: RCSDELL.COM Dec 09 2016 20:43:00      CITI BANK/DFS,    One Dell Way Bldg B,
                 Round Rock, TX 78682-7000
3669030        +E-mail/Text: bk@creditcentralllc.com Dec 09 2016 20:53:13      CREDIT CENTAL,
                 1409 GILMER STREET,    Tallassee, AL 36078-2321
3669035        +EDI: LEADINGEDGE.COM Dec 09 2016 20:43:00      Global Credit Collections,
                 5440 North Cumberland Ave,    Ste 300,    Chicago, IL 60656-1486
3669040        +E-mail/Text: bankruptcy@speedyinc.com Dec 09 2016 20:52:36      SPEEDY CASH,    932 ANN ST,
                 Montgomery, AL 36107-2902
3669039         E-mail/Text: bankruptcy@speedyinc.com Dec 09 2016 20:52:37      Speede Cash,
                 3611 North Ridge Road,    Wichita, KS 67205-1214
3669046        +EDI: WABK.COM Dec 09 2016 20:43:00      WORLD FINANCE,    1615 GILMER AVE,
                 Tallassee, AL 36078-2342
3669046        +E-mail/PDF: bk@worldacceptance.com Dec 09 2016 20:51:35      WORLD FINANCE,    1615 GILMER AVE,
                 Tallassee, AL 36078-2342
3669047        +EDI: WABK.COM Dec 09 2016 20:43:00      WORLD FINANCE,    65 RUMBLING WATERS DR,
                 Wetumpka, AL 36092-3105
3669047        +E-mail/PDF: bk@worldacceptance.com Dec 09 2016 20:51:52      WORLD FINANCE,
                 65 RUMBLING WATERS DR,    Wetumpka, AL 36092-3105
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3669022       ##Best Buy Credit Services,    P O Box 688910,    Des Moines, IA 50368-8910
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```